ADELLE A. STATES, *Appellant, v.* CHARLES T. CROMWELL, *Respondent.* — Judgment affirmed. Opinions by BRADY, J., and by DANIELS, J., dissenting.

THOMAS J. POPE, *Respondent, v.* GEORGE A. PORTER, *Appellant.* — Judgment reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall stipulate to reduce the judgment as directed in opinion; in which case judgment as so reduced affirmed, without costs to either party. Opinion by DAVIS, P. J.

GEORGE H. PUTNAM, *Appellant, v.* GERALD J. GRIFFIN, *Respondent.* — Order affirmed, without costs. Opinion by DAVIS, P. J.

JAMES BAKER, *Executor, etc., v.* MARIE H. GRILLIERE. — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

JAMES C. JEWETT, *Appellant, v.* JAMES SWANN, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

MUTUAL INSURANCE COMPANY, *Plaintiff, v.* JOHN L. BLAKE and others, *Appellants.* — Judgment affirmed, without costs. Opinion by DAVIS, P. J.

MARGARET PFEFFLE, *Respondent, v.* SECOND AVENUE RAILROAD COMPANY, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by BRADY, J.

GERMANIA FIRE INSURANCE COMPANY, *Respondent, v.* GEORGE R. FRANCIS, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

WILLIAM E. LUCAS, *Appellant, v.* THE EAST STROUDSBURG GLASS COMPANY, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.

IN THE MATTER OF THE CONTINENTAL LIFE INSURANCE COMPANY. — Order modified as directed in opinion. Opinion by BRADY, J.

JOSEPH HERTZFIELD, *v.* CHARLES PARKES and others. — Stay of proceedings continued, and judgment set aside, without costs, and without prejudice to application by plaintiff to amend complaint and order to be settled by BRADY, J. Opinion by BRADY, J.

JAMES J. PHELAN, *Appellant, v.* EDWARD SCHELL, *Respondent.* — Judgment affirmed. Opinion by DAVIS, P. J.

CHARLES E. FLEMING, *Respondent, v.* ELBERT L. BURNHAM, *Appellant.* — Order affirmed, without costs. Opinion by DAVIS, P. J.

THORNDIKE SAUNDERS, *Respondent, v.* AVES GUANO COMPANY, *Appellant.* — Order modified as directed in opinion, without costs to either party. Opinion by DAVIS, P. J.

IN THE MATTER OF WILLIAM TILDEN. — Appeal dismissed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

BOWERY SAVINGS BANK *v.* JOHN KEENAN. — Order reversed, without costs. Opinion by BRADY, J.